07 CV 10310

583-07MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
HBC HAMBURG BULK CARRIERS GMBH & CO KG
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x  07 CIV.         (        )
HBC HAMBURG BULK CARRIERS
GMBH & CO KG,                                                        **RULE 7.1 STATEMENT**
                                    Plaintiff,

- against –

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING CO. a/k/a BELARUSSIAN
SHIPPING CO.,
                                    Defendant.
-----------------------------------------------------------------x

HBC HAMBURG BULK CARRIERS GMBH & CO KG, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       November 14, 2007

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff
                                    HBC HAMBURG BULK CARRIERS GMBH & CO KG

                    By:             _____
                                    Michael E. Unger (MU 0045)
                                    80 Pine Street
                                    New York, NY 10005
                                    Telephone: (212) 425-1900
                                    Facsimile: (212) 425-1901

NYDOCS1/293798.1