USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

583-07/MBU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HBC HAMBURG BULK CARRIERS GMBH &
CO KG,

                  Plaintiff,

  - against –

JOINT STOCK COMPANY BELARUSSIAN
SHIPPING CO. a/k/a BELARUSSIAN SHIPPING
CO a/k/a BELARUSIAN SHIPPING COMPANY,
TRACER ALLIANCE LTD., RIMEX LIMITED,
DEKKER LIMITED, C/GT GROUP LIMITED,
MALTO LTD., and FORSBERG AND CO. LLP,

                  Defendants.
------------------------------------------------------------x

07 CV 10310 (JGK)

ORDER DIRECTING
RELEASE OF FUNDS AND
DISCONTINUANCE OF
ACTION

It having been reported to the Court that the parties have settled this matter, and no appearance having been made on behalf of the defendants;

IT IS HEREBY ORDERED that any funds restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court, being sent to/from Defendants be released in accordance with the original wire transfer instructions; and

IT IS FURTHER ORDERED that this action be dismissed with prejudice and without costs as to either party. *The Clerk is directed to close this case and to dismiss any pending motions without prejudice as moot.*

SO ORDERED:
March 4, 2008
~~February ___, 2008~~

_____
Hon. John G. Koeltl
U.S.D.J.

NYDOCS1/299826.1